**Dismissed and Opinion Filed April 8, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00375-CR

**TIRAY I. OATES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76110-R**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Myers
Opinion by Justice Myers

Tiray L. Oates entered a negotiated guilty plea to aggravated robbery with a deadly weapon. The trial court followed the plea agreement and sentenced appellant to eight years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000); *see also Jones v. State*, No. PD-0587-15, 2016 WL 1359196 (Tex. Crim. App. April 6, 2016) (waiver of right to appeal as part of plea agreement). The trial court certified appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.[1]

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160375F.U05

---

[1] Appellant's appeal in cause no. 05-16-00369-CR, which followed his conviction by a jury, remains pending before the Court.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIRAY I. OATES, Appellant

No. 05-16-00375-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F15-76110-R.
Opinion delivered by Justice Myers, Justices
Francis and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 8th day of April, 2016.